**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| GUILLERMO BAUTISTA CAPELLAN, | : No. 350 MAL 2022 |
| | : |
| Petitioner | : |
| | : Petition for Allowance of Appeal |
| | : from the Order of the |
| v. | : Commonwealth Court |
| | : |
| | : |
| ASHLEY HOLDINGS, INC. (WORKERS' | : |
| COMPENSATION APPEAL BOARD), | : |
| | : |
| Respondents | : |

## ORDER

**PER CURIAM**

**AND NOW**, this 15th day of February, 2023, the Petition for Allowance of Appeal is **DENIED**.